UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.19-50470-WLH |
| JASON ELLIOTT MORRIS ) | |
| AND PATRICIA WHITMORE ) | |
| MORRIS, ) | |
| ) | CHAPTER 7 |
| Debtors. ) | |

**APPLICATION TO EMPLOY PROFESSIONAL**

COMES NOW, Tamara Miles Ogier as Trustee of the bankruptcy estate captioned above who shows this Honorable Court the following:

1.

This Application is made pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014.

2.

The above-captioned bankruptcy has asserted an interest in and to real property located at 110 National Drive, Duluth, Georgia 30097.

3.

The Trustee believes there is equity in the property for the benefit of this Estate and wishes to market and sell the property.

4.

The Trustee of this Estate desires to employ the services of PalmerHouse Properties (hereinafter "PalmerHouse") and agent Robyn Binger to market and sell the property.

5.

PalmerHouse has offices located at 2800 N Druid Hills Road, Atlanta, Georgia 30329.

6.

To the best of Applicant's knowledge, PalmerHouse and Robyn Binger have no relation or connection to the Debtor(s), have no business, professional, or other connections with the Debtor(s), creditors and parties in interest, their respective attorneys and accountants, the United States Trustee, or persons employed by the United States Trustee in this proceeding except that PalmerHouse and Robyn Binger acted as the real estate agent for Tamara Miles Ogier in her individual capacity in the sale of her personal residence and the purchase of a new residence in 2012 and 2013. Robyn Binger is not related to any Judge of the Court, or so connected now or in the past with any Judge as to render such appointment improper.

7.

To the best of the Applicant's knowledge PalmerHouse and Robyn Binger are duly licensed pursuant to the laws of the State of Georgia.

8.

The total commission for the sale of the property shall not exceed six percent (6%) of the sales price of the property and shall be paid from the proceeds of sale of the real estate.

9.

A six percent percent commission is a standard commission for the sale of residential property in the State of Georgia.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court approve this Application to Employ PalmerHouse and agent Robyn Binger and to compensate said Company upon the terms and conditions as aforesaid for the sale of the real property.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
    Tamara Miles Ogier
    Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com

STATE OF GEORGIA
COUNTY OF DEKALB

## AFFIDAVIT

PERSONALLY APPEARED before the undersigned, duly authorized to administer oaths, Robyn Binger, who deposes and does state under oath that the information contained in this Affidavit is based upon her personal knowledge and is true and accurate:

1.

I am an Agent with PalmerHouse Properties with offices located 2800 N. Druid Hills Rd, Atlanta, GA 30329.

2.

I have had over 10 years of experience in the marketing and sale of real property.

3.

I have agreed to act as listing agent for the property located at 110 National Drive, Duluth, Georgia 30097.

4.

The total commission for the sale of the real property known as 110 National Drive, Duluth, Georgia 30097 shall not exceed six percent (6%) of the sales price of the property.

5.

I was not employed by the Debtors to market and sell the real estate prior to their filing bankruptcy.

6.

Neither I nor PalmerHouse Properties is owed any money by the Debtors.

7.

To the best of my knowledge neither I nor the members of this real estate company have had business, professional or other connections with the aforementioned debtors, their attorneys or any party-in-interest in these proceedings except that I acted as the real estate agent for Tamara Miles

Ogier in her individual capacity in the sale of her personal residence and the purchase of a new residence in 2012 and 2013. I am not related to any Judge of this Court, or so connected now or in the past with any Judge as to render such appointment improper.

8.

Therefore, to the best of my knowledge I am and every person in my company is a "disinterested person" as defined by Section 101(14) of the Bankruptcy Code regarding the Debtors.

9.

I acknowledge that the employment of PalmerHouse Properties, the offer to purchase, and payment of commission by the bankruptcy estate is subject to approval by the United States Bankruptcy Court for the Northern District of Georgia.

Further your Affiant sayeth not.

_____
Robyn Binger
PalmerHouse Properties and Associates

Sworn to and subscribed before me
this 14 day of March, 2019.

_____
Notary Public
My Commission Expires: March 14, 2021

# CERTIFICATE OF SERVICE

This is to certify that on March 14, 2019 a true and correct copy of the within and foregoing APPLICATION TO EMPLOY PROFESSIONAL was served upon the following parties by U.S. Mail, first class, postage prepaid to:

United States Trustee
362 Richards Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Jason Elliott Morris
110 National Drive
Duluth, GA 30097

Patricia Whitmore Morris
110 National Drive
Duluth, GA 30097

Will B. Geer
Wiggam & Geer, LLC
333 Sandy Springs Circle NE
Suite 225
Atlanta, GA 30328

Robyn Binger
PalmerHouse Properties
2800 N Druid Hills Rd
Atlanta, Georgia 30329

                        OGIER, ROTHSCHILD & ROSENFELD, P.C.

                        By: */s/ Tamara Miles Ogier*
                           Tamara Miles Ogier
                           Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com